UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
UNITED STATES OF AMERICA,            :
                                     :    S2 20Cr179(DLC)
            -v-                      :
                                     :         ORDER
IKECHUKNU ELENDU,                    :
                                     :
                        Defendant.   :
------------------------------------- X

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the substitution of counsel conference is scheduled for **October 9, 2020** at **4 p.m., eastern daylight time**. This proceeding will proceed as a telephone conference. Government counsel, current CJA counsel Susan J. Walsh, in-coming CJA counsel Anthony Cecutti and defendant Ikechuknu Elendu shall participate.

IT IS FURTHER ORDERED that the parties shall use the following dial-in credentials for the conference:

    Dial-in:        888-363-4749
    Access code:    4324948

IT IS FURTHER ORDERED that the parties shall use a landline for the telephone conference if one is available.

IT IS FURTHER ORDERED that Ms. Walsh shall provide a copy of this Order to the defendant.

Dated:    New York, New York
          October 8, 2020

                                        _____
                                              DENISE COTE
                                        United States District Judge