UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
UNITED STATES OF AMERICA,          :

          -v-                       :                S2 20Cr179(DLC)

                                    :                   ORDER
IKECHUKNU ELENDU,                   :

                    Defendant.      :
------------------------------------- X

DENISE COTE, District Judge:

     As set forth on the record on October 9, 2020, the Court
relieved C.J.A. counsel Susan Walsh and appointed C.J.A. counsel
Anthony Cecutti to represent defendant Ikechuknu Elendu.
Accordingly, it is hereby

     ORDERED that the Clerk of Court shall terminate Ms. Walsh's
appearance.

Dated:    New York, New York
          October 9, 2020

                                   _____
                                        DENISE COTE
                                   United States District Judge