```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
 UNITED STATES OF AMERICA,              :     S1 20Cr0179-14(DLC)
                                        :
           -v-                          :              ORDER
                                        :
 IKECHUKWU ELENDU,                      :
                                        :
                    Defendants.         :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

An Order of October 1, 2020 scheduled the trial of no more than two defendants in this matter for June 28, 2021. The Southern District of New York has reconfigured courtrooms and other spaces in its courthouses to allow criminal jury trials to proceed as safely as possible during the COVID-19 pandemic. On February 26, the Clerks' Office notified district judges of the dates on which jury selection could commence during the months of April through June 2021 in the reconfigured spaces. This case was scheduled by the Clerk's Office to proceed with a jury trial on June 7, 2021. An Order of March 2, 2021 advised the parties of the June 7 date for trial.

A letter of March 8 from defense counsel indicates that he is scheduled to begin a jury trial before the Honorable Paul Engelmayer on June 2 and therefore is not available to begin trial in this action on June 7. The Government's letter of

March 8 indicates that it does not yet know which two defendants it will bring to trial on June 7.  Accordingly, it is hereby

ORDERED that by April 2, 2021, defense counsel will inform this Court whether defendant Elendu intends as of that date to proceed to trial in this action or intends to attempt to negotiate a disposition with the Government.  In that letter, defense counsel should also advise the Court whether his client in the matter pending before Judge Engelmayer is still scheduled to proceed to trial on June 2, 2021.

Dated:   New York, New York
         March 10, 2021

```
                         _____
                                  DENISE COTE
                         United States District Judge
```