```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
 ----------------------------------------X
                                         :
 UNITED STATES OF AMERICA,               :
                                         :
            -v-                          :   20cr179-14 (DLC)
                                         :
 IKECHUKWU ELENDU,                       :            ORDER
                         Defendant.      :
                                         :
 ----------------------------------------X
```

DENISE COTE, District Judge:

Defense counsel is scheduled to begin a jury trial before the Honorable Paul Engelmayer on June 2 and represents that he is not available to begin trial in this action on June 7 and that the defendant currently intends to proceed to trial. Accordingly, it is hereby

ORDERED that the trial for defendant Ikechukwu Elendu scheduled for June 7 is adjourned to **July 26, 2021**.  The Southern District of New York has reconfigured courtrooms and other spaces in its courthouses to allow criminal jury trials to proceed as safely as possible during the COVID-19 pandemic. Please note that the date of trial is subject to change due to the centralized scheduling of jury trials in these reconfigured courtrooms.

IT IS FURTHER ORDERED that defense counsel shall inform this Court by **April 12, 2021** whether there is any reason he cannot proceed to trial in this case on July 26, 2021, and

whether the defendant objects or consents to an exclusion of time under the Speedy Trial Act from June 7 to July 26.

SO ORDERED:

Dated:   New York, New York
         April 5, 2021

                                          _____
                                                DENISE COTE
                                     United States District Judge