LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

April 28, 2021

**BY ECF**
The Honorable Denise L. Cote
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States v. Ikechukwu Elendu; 20 Cr. 179 (DLC)**

Dear Judge Cote:

I represent Ikechukwu Elendu in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A.

I write, without objection from the Government or Pretrial Services, to request a modification of Mr. Elendu's bond, allowing him to travel to the Eastern District of California for employment purposes. Mr. Elendu resides in the Northern District of California with his wife, mother and young children. He is presently employed by Uber. Expanding his travel to include the Eastern District of California will facilitate his employment and help further support his family.

Mr. Elendu is in compliance with all conditions of his release.

Thank you for your consideration.

Respectfully submitted,

/s/

Anthony Cecutti

Granted.
Denise Cote
4/28/21