UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :   20cr179-14 (DLC)
                                         :
            -v-                          :   ORDER
                                         :
IKECHUKWU ELENDU,                        :
                                         :
                        Defendant.       :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

On April 13, 2021, the trial in this case was set to begin on September 27, 2021. The Southern District of New York has reconfigured courtrooms and other spaces in its courthouses to allow criminal jury trials to proceed as safely as possible during the COVID-19 pandemic. On June 1, the Clerk's Office notified district judges of the dates on which jury selection could commence during the months of July through September 2021 in the reconfigured spaces. Accordingly, the parties are hereby

NOTIFIED that the trial in this action will commence with jury selection on **September 22, 2021.**

IT IS FURTHER ORDERED that any Voir Dire requests, Requests to Charge, motions in limine, and trial memoranda are due by **August 20, 2021.** Any opposition shall be filed by **August 27, 2021.**

IT IS FURTHER ORDERED that a final pretrial conference will occur on **September 17, 2021** at **10:00 AM** in Courtroom 18B, 500 Pearl Street.

The Court's Individual Rules of Trial Practice in Criminal Cases are enclosed.

Dated: New York, New York
June 2, 2021

_____
DENISE COTE
United States District Judge