LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

November 30, 2021

**BY ECF**
The Honorable Denise L. Cote
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States v. Ikechukwu Elendu; 20 Cr. 179 (DLC)**

Dear Judge Cote:

We represent Ikechukwu Elendu in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A.

We write in connection with the sentencing proceeding that is scheduled for December 3, 2021 at 12 p.m. We have spoken several times with Mr. Elendu's close friend and priest, Fr. John Offor. He would like an opportunity to share for a few minutes with the Court his experiences and insights about Mr. Elendu and his family. We respectfully request permission for him to do so.

Thank you for your consideration.

*[Handwritten: Denied. Fr. Offor may submit a letter. /s/ Denise Cote 12/1/21]*

Respectfully submitted,

/s/

Anthony Cecutti
Kestine Thiele