LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

February 7, 2022

*The surrender date is adjourned to 3/18/22 at 2:00 pm.*

*/s/ Denise Cote*
*2/8/22*

**BY ECF & EMAIL**
The Honorable Denise L. Cote
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States v. Ikechukwu Elendu; 20 Cr. 179 (DLC)**

Dear Judge Cote:

     We represent Ikechukwu Elendu in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. We respectfully submit this letter to request that the Court adjourn Mr. Elendu's surrender date of February 11, 2022 for an additional four to six weeks ███████ ███████ After conferring with AUSA Kevin Mead, the Government takes no position.



     Accordingly, we respectfully request that the Court adjourn Mr. Elendu's surrender date for four to six weeks ███████████

Thank you for your consideration of this request.

> Respectfully submitted,
>
> /s/
>
> Anthony Cecutti
> Kestine Thiele