LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

June 25, 2022

**BY ECF**
The Honorable Denise L. Cote
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States v. Ikechukwu Elendu; 20 Cr. 179 (DLC)**

Dear Judge Cote:

We represent Ikechukwu Elendu in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. Mr. Elendu pleaded guilty on August 6, 2021 and was sentenced to 41 months' incarceration on December 3, 2021. He surrendered on May 20, 2022.

Now that Mr. Elendu's case has concluded, I write to respectfully request that the Court enter an order directing Pretrial Services to return his passports to his family. Passports from the United States and Nigeria were seized at the time of his arrest. My understanding is that it is the policy of Pretrial Services to return a seized passport to the issuing department unless the Court orders its return. Since his case has concluded, I respectfully request that Mr. Elendu's passports be released to his family.

Thank you for your consideration.

Respectfully submitted,

/s/

Anthony Cecutti
Kestine Thiele

Granted.
/s/ Denise Cote
6/27/22